FRANCES KREBS, Plaintiff, *v.* JOHN O. KREBS, Defendant. CHARLES E. HART, Appellant.

Submitted October 11, 1948; decided October 14, 1948.

*Theodore A. Viehe* for motion.
*Leroy Stein* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.